(No. 19977▮ ▮▮▮▮▮▮▮▮)
ARTHUR G. BOSSI, Appellee, *vs.* O. E. NORTHRUP,
Appellant.

*Opinion filed February 21, 1930.*

BARRETT, BARRETT & WERMUTH, ROBERT G. PHELPS,
and O. C. BRUHLMAN, for appellant.

Mr. JUSTICE SAMUELL delivered the opinion of the
court:

This is an appeal from a judgment of the county court
of Cook county dismissing, on its own motion, a petition
filed by Arthur G. Bossi, appellee, to contest an election
held in the city of Chicago on April 2, 1929. The judg-
ment of dismissal was entered on July 15, 1929, and ap-
pellant not being satisfied with the form of dismissal, en-
tered his motion for appeal on August 8, 1929, and the
same was allowed on September 25, 1929.

Section 100 of the Practice act provides that all appeals
to the Supreme Court shall be prayed and allowed not more
than twenty days after the date of the entry of such judg-
ment or order. Inasmuch as appellant has failed to com-
ply with this statute the appeal must be dismissed.

*Appeal dismissed.*